944 F.2d 897
 In re Indenture of Trust Dated November 30, 1979 of Elliott
(Frank E., Stephanie H.), Pine Run Trust, Inc., a/k/a Oine
Run Community, Medical Center for Aging, Inc., t/a Medical
Center for Aging in Doylestown, Pine Run Country Store,
Inc., Pine Run Venture, Life Care Society of America, Inc.,
Official Committee of Pine Run Residents, Horizon Financial, F.A.
 NO. 91-1240
 United States Court of Appeals,
Third Circuit.
 AUG 12, 1991
 
 Appeal From: E.D.Pa.,
 Kelly, J.,
 
 126 B.R. 186
 
 1
 AFFIRMED.